# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

VS.  CASE NO. 5:21-cr-35-JA-PRL

**LONNIE LORENZO HOLLINGSWORTH, JR.**

## ORDER

This case is before the Court on Defendant's Motion to Suppress (Doc. 24). The assigned United States Magistrate Judge has submitted a Report (Doc. 41) recommending that the motion be granted in part and denied in part. Defendant filed an objection to the Report (Doc. 42) and the Government responded to Defendant's objection. (Doc. 49).

The Court has reviewed the record and has considered *de novo* those portions of the Report to which Defendant has objected. The magistrate judge correctly concluded that the police had probable cause to detain Defendant under Florida's Baker Act. The magistrate judge also correctly concluded that the search of Defendant's backpack was a proper inventory search and Defendant's statement confirming the ammunition found in the bag was "his lucky bullet" was voluntarily made.

Accordingly, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation and overrules Defendant's objection. (Doc. 42). Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 41) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Suppress (Doc. 24) is **GRANTED** as to the statement confirming ownership of the backpack but is otherwise denied.

**DONE** and **ORDERED** in Orlando, Florida, on August 26, 2021.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Lonnie Lorenzo Hollingsworth, Jr.